**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNARIK POLEYAN, | Case No. 5:26-cv-02633-DMK |
| Petitioner, | |
| v. | |
| ACTING WARDEN OF THE ADELANTO DETENTION CENTER, *et al.*, | **JUDGMENT** |
| Respondents. | |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody on conditions of release no more restrictive than those in effect when she was most recently arrested and detained.  Respondents shall also immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge, at which the government bears the burden of proof to show by

clear and convincing evidence that Petitioner is a flight risk or danger to the community, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. Respondents shall file a notice of compliance by June 1, 2026.

DATED: May 28, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE